■ In the Matter of the Claim of Sadie Beringause, Appellant, v. Chevette Co. et al., Respondents. Workmen's Compensation Board, Respondent.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before April 1, 1962 and be ready for argument at the May 1962 Term of this court, in which event the motion is denied.

■ Herbert E. Stammel, Appellant, v. Middle Atlantic Transportation Co. et al., Respondents.— Motion to dismiss appeal granted, without costs.

■ The People of the State of New York, Respondent, v. Joseph Florio, Appellant.— Motion to dismiss appeal granted, by default.

■ (A) Joseph Bianco et al., Appellants, v. New York State Thruway Authority, Respondent. (B) Esther Ducatte et al., Respondents, v. Ernest King, Appellant. (C) In the Matter of the Claim of Julien M. Ouellet, Respondent, v. John E. Johnston et al., Appellants. Workmen's Compensation Board, Respondent. (D) In the Matter of the Claim of Harriet Jaskulski, Respondent, v. Rizzi Construction Company et al., Appellants. Workmen's Compensation Board, Respondent. (E) In the Matter of the Claim of Georgia Whittaker, Respondent, v. Richard La Bounty et al., Appellants. Workmen's Compensation Board, Respondent. (F) In the Matter of the Claim of Luciano Tumbiolo, Respondent, v. Salvatore Amondres Construction Company et al., Appellants. Workmen's Compensation Board, Respondent. (G) In the Matter of the Claim of Mildred Brettner, Respondent, v. S. Rosby, Inc., et al., Appellants. Workmen's Compensation Board, Respondent. (H) Richard Arthur, Jr., an Infant, by Richard Arthur, Sr., His Guardian ad Litem, Appellant, v. Board of Education of Ticonderoga, Respondent. (I) Arthur G. Doane et al., Appellants, v. Joseph Archangeli, Respondent. (J) In the Matter of George C. Feld et al., Appellants, v. Mark Hanna et al., Respondents.— [In each action] Motion[s] to dismiss appeals granted, by default, without costs.

■ The People of the State of New York, Respondent, v. Frederick W. Conde, Appellant.— Application of John C. Rafter, Jr., counselor at law, to be relieved of his assignment as counsel for appellant herein. Application granted, and Conrad H. Lang, Jr., counselor at law, 315 River Street, Troy, New York, is assigned as counsel for appellant in his place and stead.

■ The People of the State of New York, Respondent, v. James Buck, Appellant.— Application for assignment of counsel. Application denied.

■ In the Matter of the Claim of Rose Silver, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ (A) The People of the State of New York ex rel. Bernard T. Burley, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent. (B) The People of the State of New York, Respondent, v. Alton R. Christian, Appellant.— [In each action] Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ In the Matter of the Claim of George Mondok, Appellant, v. Grossinger's Hotel et al., Respondents. Workmen's Compensation Board, Respondent.—

Oppenheim & Oppenheim, counselors at law, 246 Broadway, Monticello, New York, are assigned as counsel for appellant.